**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| ROBERT TANKSLEY, | : |
| Petitioner, | : |
| v. | : CASE NO. 3:17-CV-127-MSH |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Respondent. | : |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of Defendant's request to remand this action, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Agency will further evaluate Plaintiff's claim in light of additional evidence submitted to the Appeals Council.

SO ORDERED, this 8th day of January, 2018.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE